IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHEASTERN DIVISION

Case No: 3:2014-cv-00058

| | |
|---|---|
| Janet E. Jorgensen and Cynthia Phillips, a married couple,<br><br>        Plaintiffs,<br><br>vs.<br><br>Michael Montplaisir, in his official capacity as County Auditor of Cass County, North Dakota, Wayne Stenehjem, in his official capacity as Attorney General of North Dakota, Ryan Rauschenberger, in his official capacity as Tax Commissioner of North Dakota, Jack Dalrymple, in his official capacity as Governor of North Dakota,<br><br>        Defendants. | **DEFENDANT MICHAEL MONTPLAISIR'S MEMORANDUM JOINING IN THE STATE DEFENDANTS' REPLY MEMORANDUM IN SUPPORT OF MOTION TO DISMISS** |

\*\*\*  \*\*\*  \*\*\*

Defendant Michael Montplaisir, in his official capacity as County Auditor of Cass County, hereby submits this *Memorandum Joining in the State Defendants' Reply Memorandum In Support of Motion to Dismiss*. Defendant joins in the State Defendants' *Reply Memorandum in Support of Motion to Dismiss*, dated September 4, 2014 (Doc #39), and joins in and adopts as his own, the legal reasoning and argument contained therein. Said legal reasoning and argument is incorporated by reference as if fully stated herein.

- 2 -

Dated this 4th day of September, 2014.

        By /s/ Scott K. Porsborg
           Scott K. Porsborg (ND Bar ID # 04904)
           sporsborg@smithbakke.com
           Brian D. Schmidt (ND Bar ID # 07498)
           bschmidt@smithbakke.com
           Cass County Special Assistant
           State's Attorneys
           122 East Broadway Avenue
           P.O. Box 460
           Bismarck, ND 58502-0460
           (701) 258-0630

           Attorney for Defendant, Michael Montplaisir, in his official capacity as County Auditor of Cass County, North Dakota

## CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of September, 2014, a true and correct copy of the foregoing **DEFENDANT MICHAEL MONTPLAISIR'S MEMORANDUM JOINING IN THE STATE DEFENDANTS' REPLY MEMORANDUM IN SUPPORT OF MOTION TO DISMISS** was filed electronically with the Clerk of Court through ECF, and that ECF will send a Notice of Electronic Filing (NEF) to the following:

ATTORNEYS FOR PLAINTIFFS

    John P. Borger
    Michael A. Ponto
    Christopher H. Dolan
    Emily E. Chow
    Attorneys at Law
    90 S. Seventh Street
    Minneapolis, MN 55402-3901

    Camilla B. Taylor
    Kyle A. Palazzolo
    Attorneys at Law
    105 West Adams, Suite 2600
    Chicago, IL 60603-6208

- 3 -

Kenneth D. Upton, Jr.
Attorney at Law
3500 Oak Lawn Avenue, Suite 500
Dallas, TX 75219-6722

Karen L. Loewy
Attorney at Law
120 Wall Street, 19th Floor
New York, NY 10005-3919

ATTORNEYS FOR DEFENDANTS

Douglas A. Bahr
Attorney at Law
500 North 9th Street
Bismarck, ND 58501-4509

                                                By /s/ Scott K. Porsborg
                                                   SCOTT K. PORSBORG